| | |
|---|---|
| 1 | KEVIN V. RYAN, CSBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-7169 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ORCHID MIDDLETON,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID N. STILL, District Director<br>U.S. Citizenship & Immigration Services<br>California Service Center,<br><br>DR. EMILIO T. GONZALEZ, Director<br>U.S. Citizenship & Immigration Services,<br><br>MICHAEL CHERTOFF, Secretary of the<br>U.S. Department of Homeland Security,<br><br>ROBERT MUELLER, Director,<br>Federal Bureau of Investigations,<br><br>            Defendants. | No. C 06-1890 CW<br><br>**STIPULATION TO DISMISS; AND ORDER** |

    Plaintiff, by and through her attorney of record, and Defendants, by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application.

    Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C06-1890 CW                               1

1 | Date: August 3, 2006 | Respectfully submitted,

2 | | KEVIN V. RYAN
3 | | United States Attorney

4 |
5 | | _____/s/_____
  | | EDWARD A. OLSEN
6 | | Assistant United States Attorney
  | | Attorneys for Defendants

7 |

8 |
9 | Date: August 3, 2006 | _____/s/_____
  | | MARTIN J. LAWLER
  | | Attorney for Plaintiff
10 |

11 |

12 |
13 | **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

14 |

15 | *Claudia Wilken* (signature)

16 | Date:  8/10/06 | _____
  | | CLAUDIA WILKEN
17 | | United States District Judge

Stip. to Dismiss
C06-1890 CW                           2